```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                    Plaintiff,              :
                                                            :
            -against-                                       :
                                                            :
GREGORY COHEN,                                              :
                                    Defendant,              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

19 Cr. 397 (LGS)

ORDER AMENDING
PRESENTENCE
INVESTIGATION
REPORT

LORNA G. SCHOFIELD, District Judge:

As discussed at the sentencing of Defendant Gregory Cohen on November 19, 2019, it is hereby **ORDERED** that the Presentence Investigation Report prepared October 16, 2019 and revised October 25, 2019, is amended as follows:

1) Paragraph 3 shall be amended to replace "Lorna G. Schofield" with "Sarah Netburn."

2) The cover page shall be amended to replace "11/12/2019" with "11/19/2019."

3) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: November 22, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**