USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

   -v-                           :     ORDER OF RESTITUTION

GREGORY COHEN,                    :     19 Cr. 397 (LGS)

        Defendant.                :

- - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, Ryan B. Finkel, Assistant United States Attorney, of counsel; the presentence report; and the defendant's conviction in this case, it is hereby ORDERED that:

1. **Amount of Restitution**. GREGORY COHEN shall owe restitution in the total amount of $354,000 to the Victim of the offense charged in the Information, 19 Cr. 397 (LGS). $280,000 has already been paid to the Victim leaving a remaining balance of $74,000, which GREGORY COHEN is ORDERED to pay to the Victim. The name, addresses of the Victim shall be set forth in a Schedule, which shall be provided by the Government to the Court. Upon advice of a victim change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Terms of Restitution**. The defendant's liability for restitution shall continue unabated until he has paid the full

amount of restitution ordered herein.  No interest shall accrue. No further payment shall be required after the sum of the amount actually paid by the defendant has fully covered all the compensable injuries.

    3. **Payment Schedule**. The defendant shall make restitution to the Victim payable to the Clerk of Court, United States District Court on a schedule entered by the defendant's probation officer or one entered by the Court.

    4. **Change of Address**.  The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: January 6, 2020
New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**