UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  UNITED STATES OF AMERICA         :

                        -against-           :         19 Crim. 397 (LGS)

  GREGORY COHEN,                         :         **ORDER**
                        Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant, on May 1, 2020, filed an emergency motion for release from detention on furlough. (Dkt. No. 32)  It is hereby

      **ORDERED** that the Government shall file a response to Defendant's motion by **May 11, 2020**.  It is further

Dated: May 4, 2020
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**