| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>        -against-<br><br>JONELL DANFORTH,<br><br>                              Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _5/8/2020____<br><br>20 Cr. 78-9 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

      The Court having been notified of the parties' consent to an appearance by telephone and the waiver of Defendant Danforth's appearance, *see* ECF Nos. 110, 113, 120, it is hereby ORDERED that a bail review hearing shall be held telephonically on **May 12, 2020**, at **11:00 a.m.**

      The parties are directed to call 888-398-2342 or 215-861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: May 8, 2020
       New York, New York

                                                    ANALISA TORRES
                                       United States District Judge