

*attorneys at law*

Peter Levy, Esq.
plevy@lawfirm.ms
d. 973-243-7996

New Jersey · New York · Florida
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
t. 973-736-4600  f. 973-325 7467
www.lawfirm.ms

May 13, 2020

<u>*Via ECF Filing*</u>
Hon. Lorna G. Schofield
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 1007

    **Re:** <u>*USA v. Cohen Crim. No. 397 Urgent Intervention Requested; Compassionate Care*</u>
      <u>*for Mr. Gregory Cohen*</u>

Dear Honorable Schofield:

  As you may be aware, this office represents Defendant Gregory Cohen and has recently made an application to this Court for the compassionate release of Mr. Cohen in connection with the COVID-19 pandemic. On May 11, 2020 the Government filed its opposition to this application, enumerating multiple reasons why the application should be denied.

  We have requested a meeting to confer with the Government today to address the discrepancies between our application to the Court and the Government's Opposition. Once we have spoken with the Government we will follow-up with the Court shortly thereafter, however until then, we respectfully ask the Court to refrain from ruling on our application in the meantime.

           Respectfully submitted,

           _____*s/ Peter Levy*_____
            Peter Levy, Esq.

cc:
Ryan Finkel, AUSA (via email)
Tara LaMorte, AUSA (via email)

1544498