

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2020

**BY ECF & EMAIL**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Gregory Cohen*, 19 Cr. 397 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter to withdraw one argument made in its May 11, 2020 letter. In the Government's May 11, 2020 letter it argued that a court "does not have the power to refashion a sentence into one of home incarceration." (Dkt. 37, at 8 n. 4.) While it is correct that a court cannot refashion a sentence to allow a defendant to be placed temporarily on home confinement and then return to incarceration when conditions change, a court could, if granting a § 3582(c) motion, impose a term of supervised release to replace all or part of the remaining term of imprisonment, and concurrently impose home confinement or any other reasonable condition as part of that new term of supervised release.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  _____/s/_____
Ryan B. Finkel
Tara LaMorte
Assistant United States Attorneys
(212) 637-6612 / 1041

cc:   Peter Levy, Esq.
      Damian P. Conforti, Esq.