UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

GREGORY COHEN,

              Defendant.

19 Crim. 397 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Defendant, on May 1, 2020, filed an emergency motion for release from detention on furlough. ECF 32;

WHEREAS, Defendant, on May 6, 2020, filed a supplement to its motion for release on furlough and a separate request for compassionate release pursuant to 18 U.S.C. § 3582. ECF 35, 36. The Government filed a reply on May 11, 2020, opposing Defendant's requests. ECF 37. Both parties have filed additional letters in support of their respective positions. *See* ECF 40-43. It is hereby

**ORDERED** that, by May 25, 2020, the Government shall file his medical records on the docket. The Government may file the medical records under seal.

Dated: May 20, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE